FILED

MAR 21 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:19CR00237 JAR/NAB** |
| v. ) | |
| ) | |
| HELEN RILEY, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

(Aggravated Identity Theft)

On or about June 1, 2016, in the Eastern District of Missouri, the defendant,

**HELEN RILEY,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the name and account number of M.M., during and in relation to the commission of the felony offenses of: bank fraud, Title 18, United States Code, Section 1344; access device fraud, Title 18, United States Code, Section 1029(a)(2); fraudulently effecting transactions, Title 18, United States Code, Section 1029(a)(5); and, mail fraud, Title 18, United States Code, Section 1341.

In violation of Title 18, United States Code, Section 1028A.

1

## COUNT 2

(Aggravated Identity Theft)

On or about May 19, 2018, in the Eastern District of Missouri, the defendant,

**HELEN RILEY,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification, that being, the name, date of birth, and social security number of B.R., during and in relation to the commission of the felony offenses of: theft of government funds, Title 18, United States Code, Section 641; making false statements, Title 18, United States Code, Section 1001; and, social security fraud, Title 42, United States Code, Section 408(a)(7)(B).

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney